# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BOOKSTEIN, MICHAEL D § Case No. 13-20772
BOOKSTEIN, DANETTE R §
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/16/2013. The undersigned trustee was appointed on 05/16/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $       8,500.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 489.62 |
| Bank service fees | 96.51 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 3,943.41 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]         $ | 3,970.46 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6. The deadline for filing non-governmental claims in this case was 12/24/2015 and the deadline for filing governmental claims was 12/24/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7. The Trustee's proposed distribution is attached as **Exhibit D**.

   8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,139.15 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,139.15 , for a total compensation of $ 1,139.15 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 43.08 , for total expenses of $ 43.08 [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/24/2016   By:/s/JOSEPH E. COHEN
            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 13-20772 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | BOOKSTEIN, MICHAEL D | | | Date Filed (f) or Converted (c): | 05/16/13 (f) |
| | BOOKSTEIN, DANETTE R | | | 341(a) Meeting Date: | 06/21/13 |
| For Period Ending: | 02/24/16 | | | Claims Bar Date: | 12/24/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 12975 W. Wakefield Dr Beach Park, IL 60083 | 120,000.00 | 0.00 | | 0.00 | FA |
| 2. 39679 N. Warren Ln. Beach Park, Il 60083 - rental | 84,000.00 | 0.00 | | 0.00 | FA |
| 3. available cash | 30.00 | 0.00 | | 0.00 | FA |
| available cash | | | | | |
| 4. Bxter Credit Union | 50.00 | 0.00 | | 0.00 | FA |
| Bxter Credit Union | | | | | |
| 5. TCF Bank, checking | 100.00 | 0.00 | | 0.00 | FA |
| TCF Bank, checking | | | | | |
| 6. TCF Bank, savings | 0.00 | 0.00 | | 0.00 | FA |
| TCF Bank, savings | | | | | |
| 7. Baxter Credit Union vacation club | 5.00 | 0.00 | | 0.00 | FA |
| Baxter Credit Union vacation club | | | | | |
| 8. TCF Bank, checking | 13.00 | 0.00 | | 0.00 | FA |
| TCF Bank, checking | | | | | |
| 9. all furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| all furniture | | | | | |
| 10. all clothing | 500.00 | 0.00 | | 0.00 | FA |
| all clothing | | | | | |
| 11. Trust Mark Insurance, child | 382.67 | 0.00 | | 0.00 | FA |
| Trust Mark Insurance, child | | | | | |
| 12. TrustMark Insurance, child | 381.03 | 0.00 | | 0.00 | FA |
| TrustMark Insurance, child | | | | | |
| 13. Trust Mark Insurance, wife | 3,494.89 | 0.00 | | 0.00 | FA |
| Trust Mark Insurance, wife | | | | | |
| 14. Fidelity 401 (k) | 67,000.00 | 0.00 | | 0.00 | FA |
| Fidelity 401 (k) | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 13-20772   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BOOKSTEIN, MICHAEL D | Date Filed (f) or Converted (c): | 05/16/13 (f) |
|  | BOOKSTEIN, DANETTE R | 341(a) Meeting Date: | 06/21/13 |
|  |  | Claims Bar Date: | 12/24/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. Minnesota Mutual 401(k) | 42,100.00 | 0.00 |  | 0.00 | FA |
| Minnesota Mutual 401(k) |  |  |  |  |  |
| 16. networking business (starter business) | 0.00 | 0.00 |  | 0.00 | FA |
| networking business (starter business) |  |  |  |  |  |
| 17. 2008 Chrysler Sebring 90,000 miles | 4,170.00 | 0.00 |  | 0.00 | FA |
| 2008 Chrysler Sebring 90,000 miles |  |  |  |  |  |
| 18. 2012 Ford Escape 20,000 miles | 12,307.00 | 0.00 |  | 8,500.00 | FA |
| 2012 Ford Escape 20,000 miles |  |  |  |  |  |
| 19. 3 household dogs | 0.00 | 0.00 |  | 0.00 | FA |
| 3 household dogs |  |  |  |  |  |
| TOTALS (Excluding Unknown Values) | $336,533.59 | $0.00 |  | $8,500.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE PREPARING HIS TFR - 01/20/16. WAITING FOR BAR DATE TO EXPIRE - Oct. 31, 2015. BAR NOTICE TO BE SENT OUT - July 30, 2015. TRUSTEE IS SELLING VEHICLE - April 30, 2015. TRUSTEE IS FILING MOTION FOR TURNOVER OF CAR - Jan. 17, 2015. TRUSTEE HAS REQUESTED PAPERWORK ON LIEN GIVEN FOR 2012 FORD ESCAPE. TRUSTEE IS FILING A MOTION FOR TURNOVER OF THE 2012 FORD ESCAPE - January 19, 2014. NO CHANGE - April 30, 2014. TRUSTEE HAS ASKED FOR COPY OF TITLE FROM DEBTOR - July 17, 2014. INVESTIGATION CONTINUES - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 05/30/15    Current Projected Date of Final Report (TFR): 02/28/16

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-20772 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BOOKSTEIN, MICHAEL D | Bank Name: | ASSOCIATED BANK |
| | BOOKSTEIN, DANETTE R | Account Number / CD #: | *******6256  Checking Account |
| Taxpayer ID No: | *******3604 | | |
| For Period Ending: | 02/24/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/20/15 | 18 | AMERICAN AUCTION ASSOCIATES INC. | Sale of Vehicle | 1129-000 | 8,500.00 | | 8,500.00 |
| 06/02/15 | 300001 | AMERICAN AUCTION ASSOCIATES INC. | Auctioneer Expenses | 3620-000 | | 486.78 | 8,013.22 |
| | | 508 West Brittany Drive | Auctioneer Expenses | | | | |
| | | Arlington Heights, IL 60004 | | | | | |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,003.22 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.68 | 7,991.54 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.88 | 7,979.66 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.86 | 7,967.80 |
| 09/22/15 | 300002 | MICHAEL & DANETTE BOOKSTEIN | EXEMPTION FOR FORD ESCAPE | 8100-000 | | 3,943.41 | 4,024.39 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.09 | 4,013.30 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,003.30 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,993.30 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,983.30 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,973.30 |
| 02/16/16 | 300003 | ADAMS-LEVINE | Bond #10BSBGR6291 | 2300-000 | | 2.84 | 3,970.46 |
| | | 370 Lexington Avenue | | | | | |
| | | Suite 1101 | | | | | |
| | | New York, NY  10017 | | | | | |

Page Subtotals      8,500.00      4,529.54

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-20772 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BOOKSTEIN, MICHAEL D | Bank Name: | ASSOCIATED BANK |
| | BOOKSTEIN, DANETTE R | Account Number / CD #: | *******6256 Checking Account |
| Taxpayer ID No: | *******3604 | | |
| For Period Ending: | 02/24/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 8,500.00 | 4,529.54 | 3,970.46 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 8,500.00 | 4,529.54 | |
| | | | Less: Payments to Debtors | | | 3,943.41 | |
| | | | Net | | 8,500.00 | 586.13 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking Account - *******6256 | | 8,500.00 | 586.13 | 3,970.46 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 8,500.00 | 586.13 | 3,970.46 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 24, 2016 |
|---|---|---|---|---|---|---|

Case Number:   13-20772  
Debtor Name:   BOOKSTEIN, MICHAEL D

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,167.75 | $1,167.75 |
| 001<br>3110-00 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,869.00 | $1,869.00 |
| BOND<br>999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Administrative | | $0.00 | $2.84 | $2.84 |
| 000001<br>070<br>7100-00 | Mary D. Elfering<br>13147 W. Sheffield Lane<br>Beach Park, IL 60083 | Unsecured | | $0.00 | $20,290.00 | $20,290.00 |
| 000002<br>070<br>7100-00 | Michael D. Bookstein Danette R. Bookstein<br>106 W. State Road, POB 268<br>Island Lake, IL 60042 | Unsecured | Withdrawn | $0.00 | $4,800.00 | $0.00 |
| 000003<br>070<br>7100-00 | Quantum3 Group LLC as agent for MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $0.00 | $1,938.49 | $1,938.49 |
| 000004<br>070<br>7100-00 | U.S. Department of Education CO Nelnet<br>3015 South Parker Road, Suite 400<br>AURORA, CO 80014-2904 | Unsecured | | $0.00 | $14,655.77 | $14,655.77 |
| 000005<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $2,964.25 | $2,964.25 |
| 000006<br>070<br>7100-00 | Navient Solutions, Inc.<br>P.O. Box 9640<br>Wilkes-Barre, PA 18773-9640 | Unsecured | | $0.00 | $23,946.34 | $23,946.34 |
| 000007<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $312.34 | $312.34 |
| 000008<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $1,036.50 | $1,036.50 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: February 24, 2016

Case Number: 13-20772
Debtor Name: BOOKSTEIN, MICHAEL D

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000009 070 7100-00 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Unsecured | | $0.00 | $495.09 | $495.09 |
| 000010 070 7100-00 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Unsecured | | $0.00 | $1,067.55 | $1,067.55 |
| 000011 070 7100-00 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $0.00 | $138.88 | $138.88 |
| 000012 070 7100-00 | Portfolio Recovery Associates, LLC Successor to Capital One Bank (USA), N.A POB 41067 Norfolk, VA 23541 | Unsecured | | $0.00 | $569.46 | $569.46 |
| 000013 070 7100-00 | Portfolio Recovery Associates, LLC Successor to U.S. BANK NATIONAL ASSOCIATION ND (US BANK) POB 41067 Norfolk, VA 23541 | Unsecured | | $0.00 | $11,098.05 | $11,098.05 |
| | Case Totals: | | | $0.00 | $86,352.31 | $81,552.31 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-20772
Case Name: BOOKSTEIN, MICHAEL D
BOOKSTEIN, DANETTE R
Trustee Name: JOSEPH E. COHEN

Balance on hand $ 3,970.46

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,139.15 | $ 0.00 | $ 1,139.15 |
| Trustee Expenses: JOSEPH E. COHEN | $ 28.60 | $ 0.00 | $ 28.60 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 1,869.00 | $ 0.00 | $ 1,869.00 |
| Other: ADAMS-LEVINE | $ 2.84 | $ 2.84 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 3,036.75

Remaining Balance $ 933.71

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $ 78,512.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Mary D. Elfering<br>13147 W. Sheffield Lane<br>Beach Park, IL 60083 | $ 20,290.00 | $ 0.00 | $ 241.30 |
| 000002 | Michael D. Bookstein<br>Danette R. Bookstein<br>106 W. State Road, POB 268<br>Island Lake, IL 60042 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | $ 1,938.49 | $ 0.00 | $ 23.05 |
| 000004 | U.S. Department of Education CO Nelnet<br>3015 South Parker Road, Suite 400<br>AURORA, CO 80014-2904 | $ 14,655.77 | $ 0.00 | $ 174.29 |
| 000005 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 2,964.25 | $ 0.00 | $ 35.25 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Navient Solutions, Inc.<br>P.O. Box 9640<br>Wilkes-Barre, PA 18773-9640 | $ 23,946.34 | $ 0.00 | $ 284.78 |
| 000007 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ 312.34 | $ 0.00 | $ 3.72 |
| 000008 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ 1,036.50 | $ 0.00 | $ 12.33 |
| 000009 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ 495.09 | $ 0.00 | $ 5.89 |
| 000010 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ 1,067.55 | $ 0.00 | $ 12.70 |
| 000011 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 138.88 | $ 0.00 | $ 1.65 |
| 000012 | Portfolio Recovery Associates, LLC<br>Successor to Capital One Bank (USA), N.A<br>POB 41067<br>Norfolk, VA 23541 | $ 569.46 | $ 0.00 | $ 6.77 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | Portfolio Recovery Associates, LLC Successor to U.S. BANK NATIONAL ASSOCIATION ND (US BANK) POB 41067 Norfolk, VA 23541 | $ 11,098.05 | $ 0.00 | $ 131.98 |
| | Total to be paid to timely general unsecured creditors | | | $ 933.71 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE