UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BOOKSTEIN, MICHAEL D § Case No. 13-20772
BOOKSTEIN, DANETTE R §
§
Debtors §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF BANKRUPTCY COURT
        219 S. DEARBORN ST., CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:00 PM on 04/08/2016 in Courtroom ,
        North Branch Court
        1792 Nicole Lane
        Round Lake Beach, IL 60073
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: _____
                                                              Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BOOKSTEIN, MICHAEL D § Case No. 13-20772
BOOKSTEIN, DANETTE R §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,500.00 |
| and approved disbursements of | $ | 4,529.54 |
| leaving a balance on hand of[1] | $ | 3,970.46 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,139.15 | $ 0.00 | $ 1,139.15 |
| Trustee Expenses: JOSEPH E. COHEN | $ 28.60 | $ 0.00 | $ 28.60 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 1,869.00 | $ 0.00 | $ 1,869.00 |
| Other: ADAMS-LEVINE | $ 2.84 | $ 2.84 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,036.75 |
| Remaining Balance | | $ | 933.71 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 78,512.72 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Mary D. Elfering<br>13147 W. Sheffield Lane<br>Beach Park, IL 60083 | $ 20,290.00 | $ 0.00 | $ 241.30 |
| 000002 | Michael D. Bookstein<br>Danette R. Bookstein<br>106 W. State Road, POB 268<br>Island Lake, IL 60042 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | $ 1,938.49 | $ 0.00 | $ 23.05 |
| 000004 | U.S. Department of Education CO Nelnet<br>3015 South Parker Road, Suite 400<br>AURORA, CO 80014-2904 | $ 14,655.77 | $ 0.00 | $ 174.29 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000005 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ 2,964.25 | $ 0.00 | $ 35.25 |
| 000006 | Navient Solutions, Inc. P.O. Box 9640 Wilkes-Barre, PA 18773-9640 | $ 23,946.34 | $ 0.00 | $ 284.78 |
| 000007 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | $ 312.34 | $ 0.00 | $ 3.72 |
| 000008 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | $ 1,036.50 | $ 0.00 | $ 12.33 |
| 000009 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | $ 495.09 | $ 0.00 | $ 5.89 |
| 000010 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | $ 1,067.55 | $ 0.00 | $ 12.70 |
| 000011 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 138.88 | $ 0.00 | $ 1.65 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Portfolio Recovery Associates, LLC Successor to Capital One Bank (USA), N.A POB 41067 Norfolk, VA 23541 | $ 569.46 | $ 0.00 | $ 6.77 |
| 000013 | Portfolio Recovery Associates, LLC Successor to U.S. BANK NATIONAL ASSOCIATION ND (US BANK) POB 41067 Norfolk, VA 23541 | $ 11,098.05 | $ 0.00 | $ 131.98 |
| | Total to be paid to timely general unsecured creditors | | $ | 933.71 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                              Case No. 13-20772-ABG
Michael D Bookstein                                                 Chapter 7
Danette R Bookstein
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dgomez              Page 1 of 3           Date Rcvd: Mar 09, 2016
                               Form ID: pdf006           Total Noticed: 77


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2016.
db/jdb        +Michael D Bookstein,   Danette R Bookstein,   12975 W. Wakefield Dr.,
                Beach Park, IL 60083-3039
20493768       Advanced Health Services nc.,   10646 W. 165th Street,   Orland Park, IL 60467-8734
20493769       Advanced Health Services ns.,   10646 W. 65th Street,   Orland Park, IL 60467-8734
20493770       Advocate Condell Medical Center,   PO Box 6572,   Carol Stream, IL 60197-6572
20493772       Advocate Medical Center,   PO Box 6572,   Carol Stream, IL 60197-6572
20493774      +Alexian Brothers Medical GroUP,   PO Box 5588,   Belfast, ME 04915-5500
20493773       Alexian Brothers Medical Group,   3040 Salt Creek Lane,   Arlington Heights, IL 60005-1069
20493776      +Alliance Collection Agency,   3916 S. Business Park Ave,   Marshfield, WI 54449-9029
20635321       Assoc In GI & Liver Disease LL,   1475 E Belvidere Rd Ste 301,   Grayslake, IL 60030-2016
20493778      +Barclays Bank of delaware,   700 Pridles Xing,   Newark, DE 19713-6102
20493781      +Baxter E,ploy Cr Union,   1425 Lake Cook Rd.,   Deerfield, IL 60015-5213
20493783       Boston Store,   PO Box 659813,   San Antonio, TX 78265-9113
20493784      +Cap One,   PO Box 30253,   Salt Lake City, UT 84130-0253
23798146     +++Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
                Charlotte, NC  28272-1083
20493785       Capital One Bank USA na,   PO Box 6492,   Carol Stream, IL 60197-6492
20493786       Capital One Retail Services,   PO Box 71106,   Charlotte, NC 28272-1106
24025693       Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
20493788       Card Services,   PO Box 13337,   Philadelphia, PA 19101-3337
20493789      +Comenity Bank/BSTNSTR,   3100 Easton Sq,. Pl,   Columbus, OH 43219-6232
20493791      +DSNB/American Express,   PO Box 8218,   Mason, OH 45040-8218
20493790      +Dependon Collection Service,   PO Box 4833,   Oakbrook, IL 60522-4833
20493792      +GCI Inc,   PO Box 805097,   c/o Processing Center, Dept. 1X,   Chicago, IL 60680-4010
20493795      +GE CRB/SHAW,    POBox 965036,   Orlando, FL 32896-5036
20493799       Gurnee Counseling Center,   4212 Old Grand Avew., Ste 102,   Gurnee, IL 60031-2708
20493801       Illinois Collection Services,   PO Box 1010,   Tinley Park, IL 60477-9110
20635322       Lake Forest Endoscopy Center,   1475 E Belvidere Rd Ste 301,   Grayslake, IL 60030-2016
20493805       Linebarger Goggan Blair & Sampson,   PO Box 06152,   Chicago, IL 60606-0152
20493806       LoanCare,   PO Box 37628,   Philadelphia, PA 19101-0628
20493808      +Macys,   PO Box 8218,   Mason, OH 45040-8218
20493813      +Malcolm S. Gerald & Assoc,   332 S. Michigan Ave., Ste. 60,   Chicago, IL 60604-4318
20493810      +Malcolm S. Gerald & Assoc,   332 S. Michigan Ave., Ste. 600,   Chicago, IL 60604-4318
20493809      +Malcolm S. Gerald & Assoc,   332 A. MIchigan Ave., Ste./ 600,   Chicago, IL 60604
20493817      +Malcolm S. Gerald & Associatesm Inc,   332 S. Michigan Ave., Ste. 600,   Chicago, IL 60604-4318
20493818      +Malcoln S. Gerald & Assoc,   332 S. Michigan Ave., Ste. 600,   Chicago, IL 60604-4318
22924069      +Mary D. Elfering,   13147 W. Sheffield Lane,   Beach Park, IL 60083-3036
20493819       Mary Elfering,   13147 W. Sheffield Lane,   North Beach Park, IL 60099
23747185      +Michael D. Bookstein Danette R. Bookstein,   106 W. State Road, POB 268,
                Island Lake, IL 60042-0268
20493822       NLFH Outreach Labs,   75 Remittance Dr., Ste. 1970,   Chicago, IL 60675-1970
23844244       Navient Solutions, Inc.,   P.O. Box 9640,   Wilkes-Barre, PA 18773-9640
20493820      +Nelnet,   Department of Education,   PO Box 740283,   Atlanta, GA 30374-0283
20493823       Northshore Ctr for Gastroenterology,   1880 W. Winchester Rd.,   Libertyville, IL 60048-5336
20493824       Northwestern Lake Forest Hoppital,   75 Remittance Dr., Ste. 6802,   Chicago, IL 60675-6802
20493826       Northwestern Lake Forest Hospital,   75 Remitance Dr., Ste. 6802,   Chicago, IL 60675-6802
20493825       Northwestern Lake Forest Hospital,   75 Remittance Dr., STe. 6802,   Chicago, IL 60675-6802
20493827       Northwestern Medical Faculty Founda,   38693 Eagle Way,   Chicago, IL 60678-1386
20493828       Ocwen,   PO Box 6440,   Carol Stream, IL 60197-6440
22175419      +Ocwen Loan Servicing, LLC,   c/o Codilis & Associates, P.C.,
                15W030 North Frontage Rd, Suite 100,   Burr Ridge, IL 60527-6921
20493829       Optimum Outcomes, INc,.,   PO Box 660943,   Dallas, TX 75266-0943
20493833      +Orion Anesthesia Assoc,   PO Box 991,   Park Ridge, IL 60068-0991
20493836       Suburban Surgical Care,   4885 Hoffman Blvd. Ste 400,   Hoffman Estates, IL 60192-3727
20493837      +Total Rehab, PC,   PO Box 72180,   Roselle, IL 60172-0180
23778776       U.S. Department of Education CO Nelnet,   3015 South Parker Road, Suite 400,
                AURORA, CO 80014-2904
20493838      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:  US Bank,   PO Box 790408,   Saint Louis, MO 63179-0408)
20493840       VISA,   PO Box 660493,   Dallas, TX 75266-0493
20493839      +Van Ru Credit Corp,   1350 E. Touhy Ave., Ste. 100E,   Des Plaines, IL 60018-3337
20493843      +WFNNB.Express,   PO Box 182789,   Columbus, OH 43218-2789
20493842       Wels Fargo Dealer Dervices,   PO Box 25341,   Santa Ana, CA 92799-5341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20493780       E-mail/Text: dob@bcu.org Mar 10 2016 01:56:33     Baxter Credit Union,   400 N. Lakeview Pkwy,
                Vernon Hills, IL 60061
20493782       E-mail/Text: dob@bcu.org Mar 10 2016 01:56:33     BCU,   PO Box 8133,
                Vernon Hills, IL 60061-8133
20493777       E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2016 01:49:28      Banana Republic,   PO Box 530942,
                Atlanta, GA 30353-0942
20493779       E-mail/Text: dob@bcu.org Mar 10 2016 01:56:33     Baxter Credit Union,   PO Box 8133,
                Vernon Hills, IL 60061-8133
```

```
District/off: 0752-1           User: dgomez              Page 2 of 3                  Date Rcvd: Mar 09, 2016
                               Form ID: pdf006           Total Noticed: 77
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
23954005         E-mail/PDF: rmscedi@recoverycorp.com Mar 10 2016 01:49:38      Capital Recovery V, LLC,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
20493793        +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2016 01:49:28      GE Capital / American Eagle,
                  PO Box 965005,    Orlando, FL 32896-5005
20493794         E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2016 01:50:28      GE Capital Retail Bank,
                  PO Box 960061,    Orlando, FL 32896-0061
20493796        +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2016 01:50:28      GE Money Bank/Gap,
                  PO Box 965005,    Orlando, FL 32896-5005
20493797        +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2016 01:50:29      GE/JCPenny,   PO Box 965007,
                  Orlando, FL 32896-5007
20493798        +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2016 01:50:29      GECRB/TJX COS,   PO Box 965005,
                  Orlando, FL 32896-5005
20493803         E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2016 01:49:29      JC Penny / GECRB,   PO Box 960090,
                  Orlando, FL 32896-0900
20493804         E-mail/Text: bnckohlsnotices@becket-lee.com Mar 10 2016 01:54:41       Kohl's,  PO Box 2983,
                  Milwaukee, WI 53201-2983
20493807         E-mail/Text: INFO@COLLECTIONBIZ.COM Mar 10 2016 01:57:37       Lou Harris & Co,  PO Box 701,
                  Wheeling, IL 60090-0701
24027634         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 10 2016 01:49:32
                  Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
24027692         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 10 2016 01:49:37
                  Portfolio Recovery Associates, LLC,    Successor to Capital One Bank (USA), N.A,   POB 41067,
                  Norfolk, VA 23541
24031998         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 10 2016 01:49:32
                  Portfolio Recovery Associates, LLC,    Successor to U.S. BANK NATIONAL,
                  ASSOCIATION ND (US BANK),    POB 41067,   Norfolk, VA 23541
20493834         E-mail/Text: admin@paypps.com Mar 10 2016 01:57:38      Professional Placement Services, LL,
                  PO Box 612,    Milwaukee, WI 53201-0612
23754106         E-mail/Text: bnc-quantum@quantum3group.com Mar 10 2016 01:55:24
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
20493835         E-mail/PDF: pa_dc_claims@navient.com Mar 10 2016 11:50:05      Sallie Mae,   PO Box 13612,
                  Philadelphia, PA 19101-3612
20493841         E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2016 01:49:29      Walmart/GECRB,   PO Box 530927,
                  Atlanta, GA 30353-0927
                                                                                               TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20493800          Household Bank
20493771*         Advocate Condell Medical Center,   PO Box 6572,   Carol Stream, IL 60197-6572
20493775*         Alexian Brothers Medical Group,   PO Box 5588,   Belfast, ME 04915-5500
20493787*         Capital One Retail Services,   PO Box 71106,   Charlotte, NC 28272-1106
20493814*        +Malcolm S. Gerald & Assoc,   332 S Michigan Ave., Ste. 600,   Chicago, IL 60604-4318
20493811*        +Malcolm S. Gerald & Assoc,   332 S. Michigan Ave., Ste. 600,   Chicago, IL 60604-4318
20493812*        +Malcolm S. Gerald & Assoc,   332 S. Michigan Ave., Ste. 600,   Chicago, IL 60604-4318
20493815*        +Malcolm S. Gerald & Assoc,   332 S. Michigan Ave., Ste. 600,   Chicago, IL 60604-4318
20493816*        +Malcolm S. Gerald & Assoc,   332 S. Michigan Ave., Ste. 600,   Chicago, IL 60604-4318
20493821*        +Nelnet,   Department of Education,   PO Box 740283,   Atlanta, GA 30374-0283
20493830*         Optimum Outcomes, Inc.,   PO Box 660943,   Dallas, TX 75266-0943
20493831*         Optimum Outcomes, Inc.,   PO Box 660943,   Dallas, TX 75266-0943
20493832*         Optimum Outcomes, Inc.,   PO Box 660943,   Dallas, TX 75266-0943
20493802       ##+Jarred Bonngard,   7935  45th Avenue,   Kenosha, WI 53142-4508
                                                                                          TOTALS: 1, * 12, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2016                                Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: dgomez              Page 3 of 3              Date Rcvd: Mar 09, 2016
                              Form ID: pdf006           Total Noticed: 77
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2016 at the address(es) listed below:

```
          Bonnie L Macfarlane    on behalf of Debtor 2 Danette R Bookstein maclawfirm@aol.com
          Bonnie L Macfarlane    on behalf of Debtor 1 Michael D Bookstein maclawfirm@aol.com
          Christopher M Brown    on behalf of Creditor    Mid America Mortgage, Inc
           northerndistrict@atty-pierce.com,   Christopher.brown@pierceservices.com
          E. Philip  Groben    on behalf of Trustee Joseph E Cohen pgroben@dandgpc.com
          Joseph E Cohen    jcohen@cohenandkrol.com,
           jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
           .com;gsullivan@cohenandkrol.com
          Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
           jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
           .com;gsullivan@cohenandkrol.com
          Maria  Georgopoulos    on behalf of Creditor   Ocwen Loan Servicing, LLC nd-three@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 8
```