**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BOOKSTEIN, MICHAEL D | § | Case No. 13-20772 |
| BOOKSTEIN, DANETTE R | § | |
| | § | |
| Debtors | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 200,250.00<br>*(Without deducting any secured claims)* | Assets Exempt: 127,920.00 |
| Total Distributions to Claimants: 933.71 | Claims Discharged<br>Without Payment: 161,821.96 |
| Total Expenses of Administration: 3,622.88 | |

3) Total gross receipts of $ 8,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,943.41 (see **Exhibit 2**), yielded net receipts of $ 4,556.59 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 272,460.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,622.88 | 3,622.88 | 3,622.88 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 36,069.87 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 66,396.88 | 83,312.72 | 78,512.72 | 933.71 |
| **TOTAL DISBURSEMENTS** | $ 374,926.75 | $ 86,935.60 | $ 82,135.60 | $ 4,556.59 |

4) This case was originally filed under chapter 7 on 05/16/2013 . The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/03/2016 By:/s/JOSEPH E. COHEN

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2012 Ford Escape 20,000 miles | 1129-000 | 8,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$** 8,500.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MICHAEL & DANETTE BOOKSTEIN | Exemptions | 8100-000 | 3,943.41 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** 3,943.41 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Baxter Credit Union PO Box 8133 Vernon Hills, IL 60061-8133 | | 7,700.00 | NA | NA | 0.00 |
| | LoanCare PO Box 37628 Philadelphia, PA 19101-0628 | | 112,080.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mary Elfering 13147 W. Sheffield Lane North Beach Park, IL 60099 | | 23,000.00 | NA | NA | 0.00 |
| | Ocwen PO Box 6440 Carol Stream, IL 60197-6440 | | 124,120.00 | NA | NA | 0.00 |
| | Wels Fargo Dealer Dervices PO Box 25341 Santa Ana, CA 92799-5341 | | 5,560.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 272,460.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 1,139.15 | 1,139.15 | 1,139.15 |
| JOSEPH E. COHEN, TRUSTEE | 2200-000 | NA | 28.60 | 28.60 | 28.60 |
| ADAMS-LEVINE | 2300-000 | NA | 2.84 | 2.84 | 2.84 |
| ASSOCIATED BANK | 2600-000 | NA | 96.51 | 96.51 | 96.51 |
| COHEN & KROL, ATTORNEYS | 3110-000 | NA | 1,246.00 | 1,246.00 | 1,246.00 |
| JOSEPH E. COHEN, ATTORNEY FOR TRUST | 3110-000 | NA | 623.00 | 623.00 | 623.00 |
| AMERICAN AUCTION ASSOCIATES INC. | 3620-000 | NA | 486.78 | 486.78 | 486.78 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,622.88 | $ 3,622.88 | $ 3,622.88 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nelnet Department of Education PO Box 740283 Atlanta, GA 30374 | | 13,082.99 | NA | NA | 0.00 |
| | Nelnet Department of Education PO Box 740283 Atlanta, GA 30374 | | 986.88 | NA | NA | 0.00 |
| | Sallie Mae PO Box 13612 Philadelphia, PA 19101-3612 | | 22,000.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 36,069.87 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanced Health Services nc. 10646 W. 165th Street Orland Park, IL 60467-8734 | | 1,183.91 | NA | NA | 0.00 |
| | Advanced Health Services ns. 10646 W. 65th Street Orland Park, IL 60467-8734 | | 364.66 | NA | NA | 0.00 |
| | Advocate Condell Medical Center PO Box 6572 Carol Stream, IL 60197-6572 | | 1,449.44 | NA | NA | 0.00 |
| | Advocate Condell Medical Center PO Box 6572 Carol Stream, IL 60197-6572 | | 50.00 | NA | NA | 0.00 |
| | Advocate Medical Center PO Box 6572 Carol Stream, IL 60197-6572 | | 1,449.44 | NA | NA | 0.00 |
| | Alexian Brothers Medical GroUP PO Box 5588 Belfast, ME 04915-5588 | | 266.08 | NA | NA | 0.00 |
| | Alexian Brothers Medical Group 3040 Salt Creek Lane Arlington Heights, IL 60005-1069 | | 174.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | Alexian Brothers Medical Group PO Box 5588 Belfast, ME 04915-5500 | | 227.12 | NA | NA | 0.00 |
| | Alliance Collection Agency 3916 S. Business Park Ave Marshfield, WI 54449 | | 506.00 | NA | NA | 0.00 |
| | BCU PO Box 8133 Vernon Hills, IL 60061-8133 | | 0.00 | NA | NA | 0.00 |
| | Barclays Bank of delaware 700 Pridles Xing Newark, DE 19713 | | 6,985.00 | NA | NA | 0.00 |
| | Baxter Credit Union 400 N. Lakeview Pkwy Vernon Hills, IL 60061 | | 984.00 | NA | NA | 0.00 |
| | Baxter E,ploy Cr Union 1425 Lake Cook Rd. Deerfield, IL 60015 | | 1,961.00 | NA | NA | 0.00 |
| | Cap One PO Box 30253 Salt Lake City, UT 84130 | | 457.00 | NA | NA | 0.00 |
| | Capital One Retail Services PO Box 71106 Charlotte, NC 28272-1106 | | 970.84 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Retail Services PO Box 71106 Charlotte, NC 28272-1106 | | 3,493.72 | NA | NA | 0.00 |
| | Card Services PO Box 13337 Philadelphia, PA 19101-3337 | | 7,032.08 | NA | NA | 0.00 |
| | Comenity Bank/BSTNSTR 3100 Easton Sq,. Pl Columbus, OH 43219 | | 1,819.00 | NA | NA | 0.00 |
| | DSNB/American Express PO Box 8218 Mason, OH 45040 | | 879.00 | NA | NA | 0.00 |
| | Dependon Collection Service PO Box 4833 Oakbrook, IL 60522 | | 297.00 | NA | NA | 0.00 |
| | GCI Inc PO Box 805097 c/o Processing Center, Dept. 1X Chicago, IL 60680 | | 3,335.68 | NA | NA | 0.00 |
| | GE CRB/SHAW POBox 965036 Orlando, FL 32896 | | 5,070.00 | NA | NA | 0.00 |
| | GE Capital / American Eagle PO Box 965005 Orlando, FL 32896 | | 160.00 | NA | NA | 0.00 |
| | GE Money Bank/Gap PO Box 965005 Orlando, FL 32896 | | 63.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GE/JCPenny PO Box 965007 Orlando, FL 32896 | | 800.00 | NA | NA | 0.00 |
| | GECRB/TJX COS PO Box 965005 Orlando, FL 32896 | | 75.00 | NA | NA | 0.00 |
| | Gurnee Counseling Center 4212 Old Grand Avew., Ste 102 Gurnee, IL 60031-2708 | | 55.00 | NA | NA | 0.00 |
| | Illinois Collection Services PO Box 1010 Tinley Park, IL 60477-9110 | | 716.23 | NA | NA | 0.00 |
| | Linebarger Goggan Blair & Sampson PO Box 06152 Chicago, IL 60606-0152 | | 268.40 | NA | NA | 0.00 |
| | Lou Harris & Co PO Box 701 Wheeling, IL 60090-0701 | | 500.00 | NA | NA | 0.00 |
| | Macys PO Box 8218 Mason, OH 45040 | | 276.00 | NA | NA | 0.00 |
| | Malcolm S. Gerald & Assoc 332 A. MIchigan Ave., Ste./ 600 Chicago, IL 60604-4318 | | 760.20 | NA | NA | 0.00 |
| | Malcolm S. Gerald & Assoc 332 S Michigan Ave., Ste. 600 Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Malcolm S. Gerald & Assoc 332 S. Michigan Ave., Ste. 60 Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |
| | Malcolm S. Gerald & Assoc 332 S. Michigan Ave., Ste. 600 Chicago, IL 60604 | | 25.27 | NA | NA | 0.00 |
| | Malcolm S. Gerald & Assoc 332 S. Michigan Ave., Ste. 600 Chicago, IL 60604 | | 18.58 | NA | NA | 0.00 |
| | Malcolm S. Gerald & Assoc 332 S. Michigan Ave., Ste. 600 Chicago, IL 60604 | | 35.96 | NA | NA | 0.00 |
| | Malcolm S. Gerald & Assoc 332 S. Michigan Ave., Ste. 600 Chicago, IL 60604 | | 529.70 | NA | NA | 0.00 |
| | Malcolm S. Gerald & Assoc 332 S. Michigan Ave., Ste. 600 Chicago, IL 60604 | | 242.00 | NA | NA | 0.00 |
| | Malcolm S. Gerald & Associatesm Inc 332 S. Michigan Ave., Ste. 600 Chicago, IL 60604 | | 101.73 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Malcoln S. Gerald & Assoc 332 S. Michigan Ave., Ste. 600 Chicago, IL 60604 | | 17.17 | NA | NA | 0.00 |
| | NLFH Outreach Labs 75 Remittance Dr., Ste. 1970 Chicago, IL 60675-1970 | | 239.32 | NA | NA | 0.00 |
| | Northshore Ctr for Gastroenterology 1880 W. Winchester Rd. Libertyville, IL 60048-5336 | | 267.70 | NA | NA | 0.00 |
| | Northwestern Lake Forest Hoppital 75 Remittance Dr., Ste. 6802 Chicago, IL 60675-6802 | | 50.00 | NA | NA | 0.00 |
| | Northwestern Lake Forest Hospital 75 Remitance Dr, Ste. 6802 Chicago, IL 60675-6802 | | 48.55 | NA | NA | 0.00 |
| | Northwestern Lake Forest Hospital 75 Remittance Dr., STe. 6802 Chicago, IL 60675-6802 | | 131.60 | NA | NA | 0.00 |
| | Northwestern Medical Faculty Founda 38693 Eagle Way Chicago, IL 60678-1386 | | 45.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Optimum Outcomes, INc,. PO Box 660943 Dallas, TX 75266-0943 | | 60.16 | NA | NA | 0.00 |
| | Optimum Outcomes, Inc. PO Box 660943 Dallas, TX 75266-0943 | | 41.36 | NA | NA | 0.00 |
| | Optimum Outcomes, Inc. PO Box 660943 Dallas, TX 75266-0943 | | 30.40 | NA | NA | 0.00 |
| | Optimum Outcomes, Inc. PO Box 660943 Dallas, TX 75266-0943 | | 60.16 | NA | NA | 0.00 |
| | Orion Anesthesia Assoc PO Box 991 Park Ridge, IL 60068-0991 | | 115.90 | NA | NA | 0.00 |
| | Professional Placement Services, LL PO Box 612 Milwaukee, WI 53201-0612 | | 0.00 | NA | NA | 0.00 |
| | Suburban Surgical Care 4885 Hoffman Blvd. Ste 400 Hoffman Estates, IL 60192-3727 | | 629.73 | NA | NA | 0.00 |
| | Total Rehab, PC PO Box 72180 Roselle, IL 60172 | | 400.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | VISA PO Box 660493 Dallas, TX 75266-0493 | | 1,985.91 | NA | NA | 0.00 |
| | Van Ru Credit Corp 1350 E. Touhy Ave., Ste. 100E Des Plaines, IL 60018-3307 | | 269.08 | NA | NA | 0.00 |
| | WFNNB.Express PO Box 182789 Columbus, OH 43218 | | 199.00 | NA | NA | 0.00 |
| 000005 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 2,710.36 | 2,964.25 | 2,964.25 | 35.25 |
| 000011 | CAPITAL ONE, N.A. | 7100-000 | 111.76 | 138.88 | 138.88 | 1.65 |
| 000007 | CAPITAL RECOVERY V, LLC | 7100-000 | 271.05 | 312.34 | 312.34 | 3.72 |
| 000008 | CAPITAL RECOVERY V, LLC | 7100-000 | 1,030.55 | 1,036.50 | 1,036.50 | 12.33 |
| 000009 | CAPITAL RECOVERY V, LLC | 7100-000 | 416.44 | 495.09 | 495.09 | 5.89 |
| 000010 | CAPITAL RECOVERY V, LLC | 7100-000 | 1,080.55 | 1,067.55 | 1,067.55 | 12.70 |
| 000001 | MARY D. ELFERING | 7100-000 | NA | 20,290.00 | 20,290.00 | 241.30 |
| 000002 | MICHAEL D. BOOKSTEIN DANETTE R. BOO | 7100-000 | NA | 4,800.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | NAVIENT SOLUTIONS, INC. | 7100-000 | NA | 23,946.34 | 23,946.34 | 284.78 |
| 000012 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 497.16 | 569.46 | 569.46 | 6.77 |
| 000013 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 10,595.90 | 11,098.05 | 11,098.05 | 131.98 |
| 000003 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 1,510.03 | 1,938.49 | 1,938.49 | 23.05 |
| 000004 | U.S. DEPARTMENT OF EDUCATION CO NEL | 7100-000 | NA | 14,655.77 | 14,655.77 | 174.29 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 66,396.88 | $ 83,312.72 | $ 78,512.72 | $ 933.71 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES



Exhibit 8

Case No: 13-20772 ABG Judge: A. BENJAMIN GOLDGAR
Case Name: BOOKSTEIN, MICHAEL D
BOOKSTEIN, DANETTE R
For Period Ending: 06/03/16

Trustee Name: JOSEPH E. COHEN
Date Filed (f) or Converted (c): 05/16/13 (f)
341(a) Meeting Date: 06/21/13
Claims Bar Date: 12/24/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 12975 W. Wakefield Dr Beach Park, IL 60083 | 120,000.00 | 0.00 | | 0.00 | FA |
| 2. 39679 N. Warren Ln. Beach Park, Il 60083 - rental | 84,000.00 | 0.00 | | 0.00 | FA |
| 3. available cash<br>available cash | 30.00 | 0.00 | | 0.00 | FA |
| 4. Bxter Credit Union<br>Bxter Credit Union | 50.00 | 0.00 | | 0.00 | FA |
| 5. TCF Bank, checking<br>TCF Bank, checking | 100.00 | 0.00 | | 0.00 | FA |
| 6. TCF Bank, savings<br>TCF Bank, savings | 0.00 | 0.00 | | 0.00 | FA |
| 7. Baxter Credit Union vacation club<br>Baxter Credit Union vacation club | 5.00 | 0.00 | | 0.00 | FA |
| 8. TCF Bank, checking<br>TCF Bank, checking | 13.00 | 0.00 | | 0.00 | FA |
| 9. all furniture<br>all furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. all clothing<br>all clothing | 500.00 | 0.00 | | 0.00 | FA |
| 11. Trust Mark Insurance, child<br>Trust Mark Insurance, child | 382.67 | 0.00 | | 0.00 | FA |
| 12. TrustMark Insurance, child<br>TrustMark Insurance, child | 381.03 | 0.00 | | 0.00 | FA |
| 13. Trust Mark Insurance, wife<br>Trust Mark Insurance, wife | 3,494.89 | 0.00 | | 0.00 | FA |
| 14. Fidelity 401 (k)<br>Fidelity 401 (k) | 67,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 13-20772 ABG Judge: A. BENJAMIN GOLDGAR
Case Name: BOOKSTEIN, MICHAEL D
BOOKSTEIN, DANETTE R

Trustee Name: JOSEPH E. COHEN
Date Filed (f) or Converted (c): 05/16/13 (f)
341(a) Meeting Date: 06/21/13
Claims Bar Date: 12/24/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. Minnesota Mutual 401(k)<br>Minnesota Mutual 401(k) | 42,100.00 | 0.00 | | 0.00 | FA |
| 16. networking business (starter business)<br>networking business (starter business) | 0.00 | 0.00 | | 0.00 | FA |
| 17. 2008 Chrysler Sebring 90,000 miles<br>2008 Chrysler Sebring 90,000 miles | 4,170.00 | 0.00 | | 0.00 | FA |
| 18. 2012 Ford Escape 20,000 miles<br>2012 Ford Escape 20,000 miles | 12,307.00 | 0.00 | | 8,500.00 | FA |
| 19. 3 household dogs<br>3 household dogs | 0.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $336,533.59 | $0.00 | | $8,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TEE SUBMITTED TFR TO US TEE FOR REVIEW
February 25, 2016, 02:00 pm

TRUSTEE PREPARING HIS TFR - 01/20/16. WAITING FOR BAR DATE TO EXPIRE - Oct. 31, 2015. BAR NOTICE TO BE SENT OUT - July 30, 2015. TRUSTEE IS SELLING VEHICLE - April 30, 2015. TRUSTEE IS FILING MOTION FOR TURNOVER OF CAR - Jan. 17, 2015. TRUSTEE HAS REQUESTED PAPERWORK ON LIEN GIVEN FOR 2012 FORD ESCAPE. TRUSTEE IS FILING A MOTION FOR TURNOVER OF THE 2012 FORD ESCAPE - January 19, 2014. NO CHANGE - April 30, 2014. TRUSTEE HAS ASKED FOR COPY OF TITLE FROM DEBTOR - July 17, 2014. INVESTIGATION CONTINUES - Oct. 25, 2014.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Case No: 13-20772 ABG Judge: A. BENJAMIN GOLDGAR
Case Name: BOOKSTEIN, MICHAEL D
BOOKSTEIN, DANETTE R

Trustee Name: JOSEPH E. COHEN
Date Filed (f) or Converted (c): 05/16/13 (f)
341(a) Meeting Date: 06/21/13
Claims Bar Date: 12/24/15

Initial Projected Date of Final Report (TFR): 05/30/15 Current Projected Date of Final Report (TFR): 02/28/16

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-20772 -ABG
Case Name: BOOKSTEIN, MICHAEL D
BOOKSTEIN, DANETTE R
Taxpayer ID No: *******3604
For Period Ending: 06/03/16

Trustee Name: JOSEPH E. COHEN
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******6256 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/20/15 | 18 | AMERICAN AUCTION ASSOCIATES INC. | Sale of Vehicle | 1129-000 | 8,500.00 | | 8,500.00 |
| 06/02/15 | 300001 | AMERICAN AUCTION ASSOCIATES INC. | Auctioneer Expenses | 3620-000 | | 486.78 | 8,013.22 |
| | | 508 West Brittany Drive | Auctioneer Expenses | | | | |
| | | Arlington Heights, IL 60004 | | | | | |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,003.22 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.68 | 7,991.54 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.88 | 7,979.66 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.86 | 7,967.80 |
| 09/22/15 | 300002 | MICHAEL & DANETTE BOOKSTEIN | EXEMPTION FOR FORD ESCAPE | 8100-000 | | 3,943.41 | 4,024.39 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.09 | 4,013.30 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,003.30 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,993.30 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,983.30 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,973.30 |
| 02/16/16 | 300003 | ADAMS-LEVINE | Bond #10BSBGR6291 | 2300-000 | | 2.84 | 3,970.46 |
| | | 370 Lexington Avenue | | | | | |
| | | Suite 1101 | | | | | |
| | | New York, NY 10017 | | | | | |
| 04/08/16 | 300004 | JOSEPH E. COHEN, Trustee | Trustee Fees | | | 1,167.75 | 2,802.71 |
| | | 105 West Madison Street | Trustee Fees | | | | |
| | | Chicago, IL 60602 | | | | | |
| | | | Fees 1,139.15 | 2100-000 | | | |
| | | | Expenses 28.60 | 2200-000 | | | |
| 04/08/16 | 300005 | COHEN & KROL, Attorneys | Attorney for Trustee fees | 3110-000 | | 1,246.00 | 1,556.71 |
| | | 105 West Madison Street | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 04/08/16 | 300006 | JOSEPH E. COHEN, Attorney for Trustee | Attorney for Trustee fees | 3110-000 | | 623.00 | 933.71 |
| | | 105 West Madison Street | | | | | |

Page Subtotals 8,500.00 7,566.29

Ver: 19.06a

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-20772 -ABG
Case Name: BOOKSTEIN, MICHAEL D
BOOKSTEIN, DANETTE R
Taxpayer ID No: *******3604
For Period Ending: 06/03/16

Trustee Name: JOSEPH E. COHEN
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******6256 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Chicago, IL 60602 | | | | | |
| 04/08/16 | 300007 | Mary D. Elfering<br>13147 W. Sheffield Lane<br>Beach Park, IL 60083 | Claim 000001, Payment 1.18926%<br>(1-1) Account Number (last 4 digits):3147 | 7100-000 | | 241.30 | 692.41 |
| 04/08/16 | 300008 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000003, Payment 1.18907%<br>(3-1) Unsecured Debt | 7100-000 | | 23.05 | 669.36 |
| 04/08/16 | 300009 | U.S. Department of Education CO Nelnet<br>3015 South Parker Road, Suite 400<br>AURORA, CO 80014-2904 | Claim 000004, Payment 1.18922%<br>(4-1) Account Number (last 4 digits):8860 | 7100-000 | | 174.29 | 495.07 |
| 04/08/16 | 300010 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000005, Payment 1.18917%<br>(5-1) Modified on 10.14.2015 to correct creditor's name (MG) | 7100-000 | | 35.25 | 459.82 |
| 04/08/16 | 300011 | Navient Solutions, Inc.<br>P.O. Box 9640<br>Wilkes-Barre, PA 18773-9640 | Claim 000006, Payment 1.18924% | 7100-000 | | 284.78 | 175.04 |
| 04/08/16 | 300012 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000007, Payment 1.19101%<br>(7-1) JCPENNEY CREDIT SERVICES | 7100-000 | | 3.72 | 171.32 |
| 04/08/16 | 300013 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000008, Payment 1.18958%<br>(8-1) WALMART | 7100-000 | | 12.33 | 158.99 |
| 04/08/16 | 300014 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000009, Payment 1.18968%<br>(9-1) BANANA REPUBLIC | 7100-000 | | 5.89 | 153.10 |

Page Subtotals 0.00 780.61

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-20772 -ABG
Case Name: BOOKSTEIN, MICHAEL D
BOOKSTEIN, DANETTE R
Taxpayer ID No: *******3604
For Period Ending: 06/03/16

Trustee Name: JOSEPH E. COHEN
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******6256 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/08/16 | 300015 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000010, Payment 1.18964%<br>(10-1) STEINHAFEL'S/GECRB | 7100-000 | | 12.70 | 140.40 |
| 04/08/16 | 300016 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000011, Payment 1.18808%<br>(11-1) CREDIT CARD DEBT | 7100-000 | | 1.65 | 138.75 |
| 04/08/16 | 300017 | Portfolio Recovery Associates, LLC<br>Successor to Capital One Bank (USA), N.A<br>POB 41067<br>Norfolk, VA 23541 | Claim 000012, Payment 1.18885% | 7100-000 | | 6.77 | 131.98 |
| 04/08/16 | 300018 | Portfolio Recovery Associates, LLC<br>Successor to U.S. BANK NATIONAL<br>ASSOCIATION ND (US BANK)<br>POB 41067<br>Norfolk, VA 23541 | Claim 000013, Payment 1.18922% | 7100-000 | | 131.98 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 8,500.00 | 8,500.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 8,500.00 | 8,500.00 | |
| Less: Payments to Debtors | | 3,943.41 | |
| Net | 8,500.00 | 4,556.59 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6256 | 8,500.00 | 4,556.59 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 8,500.00 | 4,556.59 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account | (Excludes Payments | Total Funds |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 153.10 |

Ver: 19.06a

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-20772 -ABG
Case Name: BOOKSTEIN, MICHAEL D
BOOKSTEIN, DANETTE R
Taxpayer ID No: *******3604
For Period Ending: 06/03/16

Trustee Name: JOSEPH E. COHEN
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******6256 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - ********6256 | | Transfers) | To Debtors) | On Hand |
| | | | Page Subtotals | | 0.00 | 0.00 | |